**Exhibit A to the Complaint**

**Location:** San Jose, CA  
**Total Works Infringed:** 28  
**IP Address:** 69.110.138.151  
**ISP:** AT&T Internet Services

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 8185B581B0DD8D8BB70C5D458DB4C374B49353B1<br>File Hash: 1F4409E86A98263BD34267B242C67DA85F665AFF65FEBB8F925DAC4F30BE6C9B | 06-24-2021 18:32:26 | Tushy | 02-14-2021 | 03-08-2021 | PA0002280366 |
| 2 | Info Hash: 7DC314B0DD6AE33E792CDD84E3127110CB6ABB15<br>File Hash: 143A618195C5205D31D7394510EF00D3D6F9159C6BBD3C485E0EE586B12F4D27 | 06-24-2021 18:23:28 | Vixen | 04-16-2021 | 06-09-2021 | PA0002295602 |
| 3 | Info Hash: 6A9C3A31CC22405729F230BE6332DE0A31F7BB38<br>File Hash: DE864C21C0DFA3742AEC23B95F6C8923074845FBA3A4CD279078B5046D7C4BE7 | 05-22-2021 20:31:19 | Vixen | 12-20-2018 | 01-22-2019 | PA0002147683 |
| 4 | Info Hash: E96D13E31AC3B7D665F1DF9F79FD1AD873F551C6<br>File Hash: 5320B61FFB147AC701E6771C9C61262B00D6B49769877513C53F9F56AB62C928 | 05-22-2021 19:13:47 | Tushy | 04-25-2021 | 06-09-2021 | PA0002295582 |
| 5 | Info Hash: 83C2BE754F4FC48BDB450CAE625F879FAED66CED<br>File Hash: 486667604C578E1CD5781C90A6F9AA0E2C1FCD8AE2EBE3A506CB7786640CD82D | 05-21-2021 18:15:39 | Vixen | 05-09-2019 | 06-03-2019 | PA0002178768 |
| 6 | Info Hash: C9B0FE824EC74B4492017E5AA090C08B4314BF82<br>File Hash: 7DBFA58DA6CAAC4BEB3F0334181C63C17C5B6BAB61CB9EDA2A35A50405296486 | 05-21-2021 18:09:23 | Vixen | 01-19-2019 | 02-22-2019 | PA0002155139 |
| 7 | Info Hash: 654CFBA775433926717A3E0D58C90196F0413460<br>File Hash: BE957B752D7675E37648F2D81C3040F9E272C6D4588CBDFAB6E52E785DD954C9 | 05-03-2021 16:58:37 | Vixen | 10-16-2020 | 11-18-2020 | PA0002272621 |
| 8 | Info Hash: F8251C6CB9CD2A7E55006C444C04B9024B80EA6E<br>File Hash: DD82A231CB8C4227109E95B4290D9CB599AC46BF94A0C4E557A14462D2D0D528 | 05-03-2021 15:51:13 | Tushy | 02-28-2021 | 03-22-2021 | PA0002282501 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 095F042567422449F7D8DF1F42C86AADF4849881<br>File Hash: 73A09E29C382A49CE03E47A0CDB3930655BE50786D249AB83FC020E2A09CB509 | 04-19-2021 20:25:47 | Vixen | 04-02-2021 | 06-09-2021 | PA0002295593 |
| 10 | Info Hash: 5167AC74AE2BC1DC8217D9D9F650397D03565CF0<br>File Hash: 86B858693F785B38CD42D483226C479FC8F3EFCE6A2F13AE4D99816128528085 | 04-02-2021 18:10:45 | Tushy | 03-14-2021 | 03-22-2021 | PA0002282514 |
| 11 | Info Hash: F63BBFC680C5A1422FE794C3870264F2321A53D8<br>File Hash: 79FABDC1A95C1FCF2B38F8A95D211B0E6D2BA8280536667E7DE46CA5DBC7F770 | 02-27-2021 01:57:02 | Tushy | 02-21-2021 | 03-08-2021 | PA0002280370 |
| 12 | Info Hash: 2F37046EC89B3AD7ED74C2940723618BFD1A4721<br>File Hash: C514F2BD32C577857F7DEA85236C8A90631675FE708B73405AB2480024C50E85 | 02-08-2021 04:13:27 | Tushy | 08-14-2017 | 08-17-2017 | PA0002048391 |
| 13 | Info Hash: D4E56208BE290AAF986DD87881D7A77129089B86<br>File Hash: CFFEB7D5057D1FD28D9A4F4C1DE274C2FD8D161A7B8518F72C759E7BDD4EA716 | 02-08-2021 04:08:49 | Vixen | 12-18-2020 | 01-04-2021 | PA0002277038 |
| 14 | Info Hash: D61C5F04FDAB44544326F33150221B2E8A0538C6<br>File Hash: F7ED0A21D7D25CB64D9CF0FF0D1F4369811D155597EE8EBFB953CB35E69BB5A9 | 01-12-2021 21:50:23 | Tushy | 03-22-2019 | 04-08-2019 | PA0002164887 |
| 15 | Info Hash: F9B92290296A3DF4D4981A2EB881ECBD9591750C<br>File Hash: FB5B3789E4048125B9665266C55CBA91F9F4B53AFC0E29A6F9617CEDF5F9D963 | 01-12-2021 20:45:05 | Blacked | 04-30-2019 | 06-03-2019 | PA0002178774 |
| 16 | Info Hash: BEF0D2E7B96DDC060FA0F61AB59A5985525115B5<br>File Hash: B67B097F801EEA65584A38F8DCE91095187EC713948B4F65B62B25346C690CAF | 12-30-2020 22:39:12 | Vixen | 07-31-2020 | 08-11-2020 | PA0002252260 |
| 17 | Info Hash: 4403352121D56924807F7F9DF7A14C44DEA072DF<br>File Hash: FEF9647417291DD6DA1D0E86E29C9FC98054962C129CAD5C2CA376AF27FCA7DF | 12-30-2020 22:35:27 | Vixen | 11-20-2020 | 11-30-2020 | PA0002266357 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 527F9D930567D7C40222024CEC5990C3C438D281<br>File Hash: C83922BC99C2F55C5004FCD3CDF13775D83EF2776220CE3989F40E45340865AF | 12-05-2020 22:05:15 | Vixen | 09-04-2020 | 09-22-2020 | PA0002265929 |
| 19 | Info Hash: 97DBC412467273A5AABCF3D26E13F83FEEEDD9BD<br>File Hash: 29019A60FE2D2C71C049A0855D2ED41BFFFFE95470150CAF81DFB4D37857410E | 10-24-2020 18:02:32 | Vixen | 10-23-2020 | 11-18-2020 | PA0002272622 |
| 20 | Info Hash: 30C2E5EEEBDF45D9C83127199FE070EEB091A96C<br>File Hash: 363C657260C54421DB941EE3B5764CF3DD8788F6570BF153BC16E19E0081CDC7 | 10-21-2020 16:52:39 | Blacked Raw | 10-19-2020 | 11-05-2020 | PA0002263389 |
| 21 | Info Hash: 7BA08B86ABE669CD4B42FC7925A21AC4D714FD42<br>File Hash: 7194B11996C69952E49988C993A0C83B0512F42E2992D1EECF9BE2220DA20B67 | 10-11-2020 22:46:33 | Vixen | 10-09-2020 | 11-18-2020 | PA0002272626 |
| 22 | Info Hash: 3B6198833B8CF16DAE7D8E122C3AD5AD62507AAD<br>File Hash: D1F3EF62AA81DCC45B49CE454C8E234C6C5668D49212ACF906FAAFCE9AE72D1B | 09-29-2020 18:30:36 | Vixen | 09-18-2020 | 09-29-2020 | PA0002258680 |
| 23 | Info Hash: 6570544A52156753970F131945C8C4C39D66DC9A<br>File Hash: C86307C1C5E9CAC4945FB29ED8EC27E55AEF5DF90DB8BFBFF7F2962C267B510C | 07-19-2020 04:11:08 | Vixen | 01-19-2018 | 03-02-2018 | PA0002104769 |
| 24 | Info Hash: 30345D06651108177F2FCFB7EAA6B92BE2D5BD56<br>File Hash: 75DF3008F67EF96096A77034803B0EB15A2864CC0C72B01AD35BD427C2A0F035 | 06-08-2020 06:36:50 | Vixen | 11-10-2017 | 12-04-2017 | PA0002097978 |
| 25 | Info Hash: 912E43BF1D4F4933B7473B54116415D84FEDFDAE<br>File Hash: D8503E1A7C9D25A4093AECA9CC8E9C61481BB75D3938E2F0CA0BC2787CD34C60 | 04-09-2020 17:09:22 | Vixen | 04-03-2020 | 04-17-2020 | PA0002237302 |
| 26 | Info Hash: D17AD16A9E5C35C4D040589B6670590104C94706<br>File Hash: 1EE86FF022F137C54754119D96E80BCF7E5614BD46B3FAE6D5740A7832FB860F | 12-11-2019 05:57:50 | Vixen | 10-26-2019 | 11-05-2019 | PA0002227099 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: AEE9101B0F29873FC44DBCF3FB3E261AA44B25FC<br>File Hash: 5357F350DC180E4750FE7271AC4CB372166EC9146B7D55BDECAD6AD041C6872F | 11-11-2019 05:27:34 | Blacked | 12-31-2018 | 01-22-2019 | PA0002147686 |
| 28 | Info Hash: C8FCB72512181DEBF68798064F57215F137CC369<br>File Hash: 7D77CD89BDDD5175B6C5775155ABE6765DBCC8D9D3D09DB4A285FF43F55D7EB8 | 04-07-2019 22:10:32 | Blacked Raw | 01-17-2019 | 02-22-2019 | PA0002155141 |